**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on June 14, 2024**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.** |
| **v.** | : | **Violations:** |
| **ABRAHAM TEKLU LEMMA,**<br>**aka Tom Ford,**<br>**aka Thomas Ford** | : | **18 U.S.C. § 794(c)**<br>**(Conspiring to Communicate, Transmit, and Deliver National Defense Information to Aid a Foreign Government)** |
| **Defendant.** | : | |
| | : | **18 U.S.C. § 794(a)**<br>**(Delivering, Communicating, and Transmitting, and Attempting to Deliver, Communicate, and Transmit National Defense Information to Aid a Foreign Government)** |
| | : | **Criminal Forfeiture:**<br>**(18 U.S.C. §§ 981(a)(1)(C), 794(d), and 28 U.S.C. § 2461(c))** |

# INDICTMENT

The Grand Jury charges that:

## Introduction

1. Beginning in or around 2019, and continuing to in or around August 2023, ABRAHAM TEKLU LEMMA ("LEMMA"), the defendant, was employed as a contractor with multiple U.S. Government agencies. As part of his employment, LEMMA was granted a TOP SECRET security clearance and was trained to safeguard U.S. classified information ("classified information"). Beginning in or around 2021, LEMMA exploited his access to classified

information related to the national defense by secreting that national defense information ("NDI") from his secure workplace and transmitting it to multiple persons in the Government of the Federal Democratic Republic of Ethiopia ("Ethiopia" for the country, "GOE" for the government of Ethiopia).

**Classified Information**

2. National security information was information owned by, produced by, produced for, and under the control of the U.S. government. Pursuant to Executive Order 12958, signed on April 17, 1995, as amended by Executive Order 13292 on March 25, 2003, and Executive Order 13526 on December 29, 2009, national security information was classified as "TOP SECRET," SECRET," or "CONFIDENTIAL," accordingly:

a. Information was classified as TOP SECRET if the unauthorized disclosure of that information reasonably could be expected to cause exceptionally grave damage to the national security that the original classification authority is able to identify or describe.

b. Information was classified as SECRET if the unauthorized disclosure of that information reasonably could be expected to cause serious damage to the national security that the original classification authority is able to identify or describe.

c. Information was classified as CONFIDENTIAL if the unauthorized disclosure of that information reasonably could be expected to cause damage to the national security that the original classification authority is able to identify or describe.

3. Sensitive Compartmented Information ("SCI") includes information about intelligence sources, methods, collection systems, analytical processing, and targeting. SCI was to be processed, stored, used, and discussed in an accredited Sensitive Compartmented Information Facility ("SCIF"). Only individuals with the appropriate security clearance, additional SCI

permissions, and a need to know are authorized to access such classified national security information.

**Background**

4. During all times material to this Indictment, LEMMA was a U.S. naturalized citizen who was born in Ethiopia. Since at least 2020, LEMMA held a TOP SECRET security clearance and obtained SCI access in or around July 2021.

5. From in or around November 2020 until December 2021, LEMMA was employed as a contractor with the National Reconnaissance Office ("NRO"), an agency that was part of the U.S. intelligence community. LEMMA's employment duties at NRO were to assist in administrative functions for certain NRO contracts. LEMMA worked inside a SCIF and was given access to classified information systems and classified information, including NDI.

6. From in or around June 2021, LEMMA was employed as a contractor at the U.S. Department of State ("DOS") in Washington, D.C., as an information technology ("IT") administrator and help desk technician. The defendant was trusted with access to DOS classified systems. The defendant worked in a SCIF and had the authority to transfer certain unclassified information from classified IT systems to unclassified IT systems (colloquially referred to as "downdraft authority") upon receiving work-related requests or assignments to do so. LEMMA was also able to access non-DOS portals that contained classified information, including NDI. LEMMA's duty hours at DOS were in the evening. Between in or around June 2021 and December 2021, LEMMA was employed by both NRO and DOS.

7. From in or around May 2022, LEMMA worked as a contractor at the U.S. Department of Justice ("DOJ"), located in Washington, D.C., as a contract management analyst. In that role, LEMMA also had access to classified information, including NDI. LEMMA worked

at DOJ and DOS at the same time.

8. As part of his employment at NRO, DOS, and DOJ, LEMMA received training and was given instruction on the proper marking, handling, and storage of classified information. LEMMA also signed nondisclosure agreements ("NDAs") agreeing not to disclose classified information to unauthorized individuals.

9. In an NDA for SCI signed by LEMMA on or about May 16, 2022, LEMMA acknowledged he was "advised that the unauthorized disclosure . . . of SCI by me could cause irreparable injury to the United States or be used to advantage by a foreign nation." LEMMA affirmed he "was obligated by law and regulation not to disclose any classified information or material in an unauthorized fashion." Based on the instruction and training he received and the NDAs he signed, LEMMA knew he could not transmit or communicate classified information to any unauthorized person.

10. As a TOP SECRET clearance holder, LEMMA was obligated to report foreign contacts, including any contacts with foreign intelligence officials and persons attempting to obtain government information, including classified information and NDI. For example, under federal rules and regulations, government contractors with a TOP SECRET clearance were required to report unofficial contact with foreign intelligence entities and the exchange of personal information with known foreign nationals.

11. On or about June 20, 2023, LEMMA signed a DOS document in which he acknowledged understanding his reporting requirements. In part, LEMMA agreed he would report any "elicitation" or "enticement to obtain classified information." He was further notified that "[f]ailure to comply with reporting requirements . . . may result in administrative action to include, but not limited to . . . referral for disciplinary action."

12. From in or around June 2021 until August 2023, while working at DOS, LEMMA exploited his access to classified systems. During this time period, LEMMA communicated, delivered, and transmitted NDI, including classified information, in the form of documents, photographs, notes, writings maps, and other information relating to Ethiopia and neighboring countries, over an encrypted messaging application ("Encrypted Messaging Application A") to multiple GOE officials. Specifically, LEMMA communicated, delivered, and transmitted classified information to the following GOE officials, among others,

a. A Deputy Prime Minister ("Official 1"),

b. A military leader involved in the deployment of military forces ("Official 2"),

c. A deputy director of an intelligence agency ("Official 3"),

d. A senior general ("Official 4"),

e. A senior military official ("Official 5"),

f. A senior miliary commander ("Official 6"),

g. A senior government official ("Official 7"), and

h. A senior general in the Ethiopian Army ("Official 8").

**COUNT 1**

**Conspiracy to Communicate, Transmit, and Deliver NDI to Aid a Foreign Government**

13. Paragraphs 1 through 12 are restated and realleged.

14. Between in or around June 2021, and in or around August 2023, within the District of Columbia and elsewhere, and begun and committed in locations outside the jurisdiction of any particular state or district, and therefore within the venue of the United States District Court for the District of Columbia, pursuant to Title 18, United States Code, Sections 3237 and 3239, LEMMA did knowingly and unlawfully conspire with Officials 1 through 8 identified in paragraph

12, and other individuals whose identities are known and unknown to the grand jury (collectively, "Conspirators" or "GOE Officials"), to communicate, deliver, and transmit to the GOE, to include factions, parties, military forces, representatives, officers, agents, employees, subjects, and citizens thereof, directly and indirectly, documents, writings, sketches, photographs, plans, maps, notes, and information relating to the U.S. national defense, with intent and reason to believe that such documents, writings, sketches, photographs, plans, maps, notes, and information were to be used to the injury of the United States and to the advantage of Ethiopia.

## Purpose of the Conspiracy

15. The purpose of the conspiracy was for LEMMA to provide the Conspirators with, and for the Conspirators to gain unauthorized access to, NDI, including U.S. classified information, to accomplish the following objectives, among others, to: (i) assist GOE Officials in waging active, armed conflict against opponents; (ii) identify opponents, or sources within the GOE, who may be providing intelligence to GOE opponents and others; (iii) identify the location of GOE opponents; (iv) obtain sensitive, non-public foreign intelligence related to the military and diplomatic activities of foreign countries, including those neighboring Ethiopia; (v) obtain non-public, sensitive information that would assist the GOE in diplomatic engagements; (vi) identify and silence persons who were critical of, or opposed to, the GOE; (vii) obtain non-public, sensitive information related to the U.S. government's foreign policy interests and positions in Ethiopia and the region; and (viii) promote the Ethiopian Prime Minister.

## Manner and Means of the Conspiracy

16. LEMMA and others used the following manner and means among others to communicate, deliver, and transmit NDI, including classified information, to the Conspirators:

a. LEMMA, at the direction of and in coordination with the Conspirators, exploited

his access to classified databases by searching for NDI, including classified information, that was of interest to the Conspirators and that LEMMA believed would be of interest to the Conspirators;

b. LEMMA followed the Conspirators' instructions to gather specific information, including NDI, that related to Ethiopia and the surrounding region;

c. LEMMA, for the purpose of communicating, delivering, and transmitting it to the Conspirators, surreptitiously gathered NDI, including classified information, by both taking handwritten notes and by electronically copying and pasting classified information into an electronic document. LEMMA also sometimes removed classification markings from classified documents and then downloaded the unmarked classified NDI onto disks and thumb drives, or printed the material, before removing it from the SCIF without authorization;

d. LEMMA transported stolen classified NDI in his personal vehicle (a BMW X5 sports utility vehicle with vehicle identification number ending with 44829 ("BMW X5")) without authorization;

e. LEMMA kept large volumes of classified material, including NDI, in both hard copy and on a variety of electronic media and devices, which he stored in different locations, including in his BMW X5, apartment, and storage locker in his apartment building;

f. LEMMA communicated, delivered, and transmitted to the Conspirators NDI, including classified information, relating to several topics of interest to the Conspirators, including military activities in Ethiopia and the surrounding region;

g. LEMMA took significant steps to conceal his activities with the Conspirators,

including: (i) regularly changing his mobile devices, numbers, and providers; (ii) using encrypted methods to communicate with the Conspirators while sending and receiving taskings, transmitting, and discussing classified NDI, and scheduling in-person meetings; (iii) using auto-deletion for text messages; (iv) utilizing a variety of Wi-Fi networks when using his electronic devices; (v) using aliases and code names for himself and other Conspirators; (vi) holding in-person meetings in Ethiopia; and (vii) failing to report his repeated contacts with the Conspirators, as required by Federal rules and regulations.

**Overt Acts**

17. In furtherance of the conspiracy, LEMMA and the Conspirators committed and caused to be committed the following overt acts, among others, in the District of Columbia and elsewhere:

18. On or about December 10, 2021, LEMMA searched a classified database and accessed a document marked classified at the SECRET level, which contained information, including an inventory related to an African country's acquisition of military equipment ("Document A").

19. On or about December 11, 2021, LEMMA communicated, delivered, and transmitted information from Document A to Official 1 on Encrypted Messaging Application A.

20. On or about December 14, 2021, LEMMA searched a classified database and accessed a document marked classified at the SECRET level, which contained information related to a shipment of arms from an African country to another country ("Document B").

21. On or about December 16, 2021, LEMMA communicated, delivered, and transmitted information from Document B to Official 1 via Encrypted Messaging Application A.

LEMMA then wrote Official 1, "Please save and delet[e] the above to documents Top se[cret]."

22. On or about December 16, 2021, LEMMA wrote Official 1 using Encrypted Messaging Application A, "[I] shared with you very important information please check it…I really want to discuss with you when you get a chance." Later, LEMMA wrote on the same day, "Sorry for the typo errors …..driving and texting using citywide wifi…..for security purpose" (ellipses in original).

23. On or about December 18, 2021, LEMMA communicated, delivered, and transmitted additional information to Official 1 and wrote, "We have to finish these people once and for all, otherwise there will never be peace in Ethiopia." LEMMA clarified that "these people" referred to two paramilitary groups and their leaders in a contested area of Ethiopia ("Paramilitary Group 1" and "Paramilitary Group 2"). That same day, LEMMA communicated, delivered, and transmitted more information to Official 1 and said, "Please send Dro[nes]."

24. Between on or about February 9, 2022, and on or about April 30, 2022, LEMMA traveled to Ethiopia to, among other things, meet with GOE Officials about his continued work for the Ethiopian government. LEMMA did not disclose his contacts or meetings with GOE Officials to DOS, as he was required to do as a TOP SECRET clearance holder.

25. On or about March 26, 2022, LEMMA messaged Official 8, "Hello General, I just extended my trip and I think it is better to discuss before I leave." LEMMA followed up a few days later, "Good day General ! Please let me know when you all return to the office so that we can facilitate a meeting . Thank you in advance."

26. On or about April 1, 2022, LEMMA sent Official 8 a text message containing U.S. government information. When Official 8 responded, "Can you send me please," LEMMA specified, "Not on electronic….in person I will hand it" and that he "[w]ill give you all of them."

(ellipses in original).

27. On or about April 3, 2022, LEMMA and Official 8 continued to discuss meeting in person. LEMMA acknowledged, "I more helpful in the US than here."

28. On or about April 12, 2022, LEMMA wrote Official 1, "When should I meet the two people you mentioned from [two Ethiopian intelligence services]."

29. On or about April 26, 2022, Official 3 wrote LEMMA, "Dear I am expecting you today 5pm. Pls confirm. Thanks." On or about April 26, 2022, LEMMA responded by asking for the location of the meeting. Official 3 responded, "The Location is near by MoFA [Ministry of Foreign Affairs]."

30. On or about May 12, 2022, after he returned to the United States, LEMMA searched a classified database and accessed a document marked classified at the SECRET level, which contained information related to an African country's internal military activities ("Document C").

31. On or about May 13, 2022, Official 3 wrote LEMMA, "The continuous updates help us to stop them," referring to another Ethiopian paramilitary group ("Paramilitary Group 3"). Ten minutes later, Official 3 wrote LEMMA, "[i]f any written or verbal briefing on this case I am available any time," to which LEMMA responded, "Okay."

32. On or about May 13, 2022, Official 3 asked LEMMA for "any details abt infrastructures." LEMMA later noted that information he had previously passed was "High sensetive [sic] Intel …" . (ellipsis in original). Official 3 stated "Happy to talk to u when meet in person."

33. On or about May 15, 2022, LEMMA communicated, delivered, and transmitted information from Document C to Official 1 via Encrypted Messaging Application A.

34. On or about May 15, 2022, LEMMA discussed sharing U.S. government information directly with the Ethiopian Prime Minister's Office, writing Official 3, "As you're aware of I'm sharing stuff PM office." Official 3 responded, "The PM office is the only pathway for information. The ultimate power to make decisions using relevant intel is the office u mentioned." Less than a minute later, LEMMA responded, "I was more focusing anything related operational and very sensitive to provide you for immediate action and dissemination . Anything political providing 'them[']."

35. On or about May 18, 2022, LEMMA wrote, "More to come ….once we got [sic] a new product." Official 3 later responded, "I think this is very interesting topic. Good to get the whole story as soon as possible and have a continuous updates." LEMMA promised "More to come ..i.hv [sic] some sensitive info about what the [classified information]….its very senstiven [sic] and TS [Top Secret]." (ellipses in original).

36. On or about May 22, 2022, LEMMA shared U.S. government information with Official 1 and clarified that LEMMA had already "sent it to [Official 3]."

37. On or about June 1, 2022, LEMMA told Official 1 to "Please Let [Official 3] know about" certain information he had passed, clarifying that LEMMA "couldn't get a hold of him."

38. On or about June 7, 2022, LEMMA searched classified databases and accessed a document marked classified at the SECRET level, which contained information related to detentions made by an African country ("Document D").

39. On or about June 11, 2022, LEMMA searched classified databases and accessed a document marked classified at the SECRET level, which contained information related to the internal political environment of an African country ("Document E").

40. On or about June 17, 2022, LEMMA communicated, delivered, and transmitted information from Document D to Official 3 via Encrypted Messaging Application A.

41. On or about June 17, 2022, LEMMA communicated, delivered, and transmitted information from Document E to Official 3 via Encrypted Messaging Application A.

42. On or about July 8, 2022, LEMMA requested Official 3 obtain Ethiopian travel documents for him in case LEMMA needed to leave the United States.

43. On or about July 14, 2022, LEMMA searched classified databases and accessed a document marked classified at the SECRET level, which contained information related to the military activities of an African country ("Document F").

44. On or about July 16, 2022, LEMMA communicated, delivered, and transmitted information from Document F to Official 3 via Encrypted Messaging Application A.

45. On or about August 22, 2022, LEMMA accessed maps and images from a classified database that were marked classified at the TOP SECRET level. The classified information related to the location of Paramilitary Group 1 inside an African country and contained NDI ("Document G").

46. On or about August 24, 2022, Official 3 advised LEMMA, "It is great to identify the forward deployed command centers and logistic centers," again regarding Paramilitary Group 1.

47. On or about August 24, 2022, LEMMA communicated, delivered, and transmitted classified information, including NDI, from Document G to Official 3 via Encrypted Messaging Application A.

48. On or about August 31, 2022, LEMMA accessed over 100 maps and images from classified databases marked classified at the TOP SECRET level, which included information that

related to the location of Paramilitary Groups 1 and 2 in Africa. LEMMA then created a single, multi-page electronic document containing this information ("Document H").

49. On or about September 1, 2022, LEMMA communicated, delivered, and transmitted over 100 maps and images from Document H marked classified at the TOP SECRET level to Official 3 via Encrypted Messaging Application A. On some of the maps and images, LEMMA wrote "cut off" and noted in the document "huge gap between there [sic] backup units. Cut this group !" In relaying this material to Official 3, LEMMA stated, "I made some comments and highlights on some of today's [maps]....check it out....I suspect some [may be dual use target]....might need to taking care of" (ellipses in original).

50. On or about September 4, 2022, LEMMA searched classified databases and accessed a document marked classified at the SECRET level, which contained information, including classified NDI, about the location of an aircraft in an African country ("Document I").

51. On or about September 4, 2022, LEMMA communicated, delivered, and transmitted Document I, containing classified NDI, to Official 3 via Encrypted Messaging Application A.

52. On or about September 4, 2022, referring to Paramilitary Group 1, Official 3 told LEMMA, "We making significant progress on averting the .... in few days we will achieve the critical milestones....not to happen again. Therefore, it's not a long time we are asking. Good if you can check and back to me what u can do" (ellipses in original).

53. On or about September 13, 2022, LEMMA searched classified databases and accessed a document marked classified at the SECRET level which, contained information related to military action taken by an African government ("Document J").

54. On or about September 14, 2022, LEMMA communicated, delivered, and

transmitted information from Document J to a Conspirator in a communication using Encrypted Messaging Application A that LEMMA recorded.

55. On or about September 17, 2022, LEMMA spoke with Official 8 in a recorded audio call. Official 8 informed LEMMA that he was tracking a military target with LEMMA. Official 8 told LEMMA that they had likely found the target they were looking for together and "it is very likely that we got him."

56. On or about September 20, 2022, LEMMA searched classified databases and accessed a document marked classified at the SECRET level, which contained information related to an African country providing financial and training support to another African country ("Document K").

57. On or about September 21, 2022, LEMMA communicated, delivered, and transmitted information from Document K to Official 3 in a communication using Encrypted Messaging Application A that LEMMA recorded.

58. On or about November 3, 2022, LEMMA searched classified databases and accessed a document marked classified at the SECRET level, which contained information related to U.S. diplomatic efforts in an African country ("Document L").

59. On or about November 5, 2022, LEMMA communicated, delivered, and transmitted information from Document L to Official 3 via a communication using Encrypted Messaging Application A that LEMMA recorded.

60. Between on or about April 12, 2023, and on or about June 12, 2023, LEMMA traveled to Ethiopia to, among other things, meet with GOE Officials. LEMMA did not disclose his contacts or meetings with GOE Officials to DOS, as he was required to do as a TOP SECRET clearance holder.

61. In or around April 2023, LEMMA again met with Official 3 in Ethiopia.

62. On or about May 4, 2023, LEMMA attempted to meet with Official 8 in Ethiopia.

63. On or about May 31, 2023, LEMMA wrote Official 7, "Hi Dear , I know you're busy. I would like to meet up before I travel back."

64. On or about August 2, 2023, after he had returned to the United States, LEMMA searched classified databases and accessed a document marked classified at the SECRET level, which contained information that related to Paramilitary Group 3 in Africa, including classified NDI ("Document M"). While accessing Document M in the DOS SCIF, LEMMA took handwritten notes of classified information and NDI that was in Document M ("Note 1"). LEMMA then secreted Note 1 on his person and left the SCIF. When LEMMA was arrested, Note 1 was recovered on LEMMA's person.

65. On or about August 2, 2023, Official 5 wrote LEMMA, "did [Official 4] call you?" When LEMMA responded that he had not, LEMMA asked Official 5 to forward LEMMA's number to Official 4.

66. On or about August 2, 2023, LEMMA wrote Official 5, "I need to talk to [Official 2]." Two days later, on or about August 4, LEMMA wrote to Official 5, "Please let [Official 2] know I will call him in a few hours today."

67. On or about August 2, 2023, LEMMA communicated, delivered, and transmitted classified NDI that was in Document M to Official 3, Official 4, Official 5, Official 6, and Official 7, using Encrypted Messaging Application A.

68. On or about August 8, 2023, LEMMA wrote Official 5, "Already texted the name and discussion to [Official 3] ….no need to reinform him….." (ellipses in original). Later LEMMA wrote, "I sent this to [Official 2's] awareness" Official 5 responded, "Good."

69. As of on or about August 23, 2023, LEMMA retained without authorization in his BMW X5, his apartment in Maryland, and a storage unit in his residential building, TOP SECRET and SECRET information, including NDI, totaling more than 1,500 pages of printed and handwritten material, and dozens of electronic storage devices containing electronic files with classified information, including NDI.

**(Conspiracy to Communicate, Deliver, and Transmit National Defense Information to Aid a Foreign Government**, in violation of 18 U.S.C. § 794(c))

## COUNTS TWO, THREE AND FOUR

### Communicating, Delivering, and Transmitting, and Attempting to Communicate, Deliver, and Transmit National Defense Information to Aid a Foreign Government

70. The Grand Jury re-alleges and incorporates by references paragraphs 1-69 of this Indictment.

71. On or about the dates identified herein, in the District of Columbia and elsewhere, and begun and committed in locations outside the jurisdiction of any particular state or district, and therefore within the venue of the United States District Court for the District of Columbia, pursuant to Title 18, United States Code, Sections 3237 and 3239, LEMMA, did knowingly and unlawfully communicate, deliver, and transmit, and attempt to communicate, deliver, and transmit to a foreign government, to wit, the Government of the Federal Democratic Republic of Ethiopia, and a faction, party, and military force within Ethiopia, whether recognized or unrecognized by the United States, and to representatives, officers, agents, employees, subjects, and citizens of Ethiopia, directly and indirectly, documents, writings, photographs, notes, maps, and information relating to the national defense, with intent and reason to believe that such documents, photographs, writings, notes, maps, and information were to be used to the injury of the United States and to the advantage of Ethiopia:

| Count | Date | GOE Official Recipient(s) | Classification | Subject | Document |
|---|---|---|---|---|---|
| 2 | August 24, 2022 | Official 3 | TOP SECRET | Location of Paramilitary Group 1 | G |
| 3 | September 4, 2022 | Official 3 | SECRET | Location of aircraft in an African country | I |
| 4 | August 2, 2023 | Official 3, Official 4, Official 5, Official 6, and Official 7 | SECRET | Paramilitary Group 3 | M |

**(Communicating, Delivering, and Transmitting, and Attempting to Communicate, Deliver, and Transmit National Defense Information to Aid a Foreign Government,** in violation of 18 U.S.C. § 794(a))

**<u>FORFEITURE ALLEGATION</u>**
(18 U.S.C. §§ 981(a)(1)(C), 794(d), and 28 U.S.C. § 2461(c))

72. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 794, set forth in Counts One through Four, LEMMA shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses, and, pursuant to Title 18 United States Code, Section 794(d)(1), (A) any property which constitutes or is derived from any proceeds the person obtained, directly or indirectly, as a result of such violation, and (B) any of the person(s) property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of these offenses, to include electronic phones, computer storage equipment and accessories, CDs, DVDs,

thumb drives, clothing, and the BMW X5.

73. If any of the property described in the paragraph above, as being forfeitable pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 794(d), and Title 28, United States Code, Section 2461(c) as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by both Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 794(d)(3), to seek forfeiture of any other property of the defendant up to the value of the property described in the paragraph above.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 794(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

________________________
Foreperson

Matthew M. Graves/JSB

MATTHEW M. GRAVES
ATTORNEY FOR THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA