UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) Case No. 24-CR-573-JDB |
| | ) |
| ABRAHAM TEKLU LEMMA, | ) |
| | ) |
| Defendant. | ) |

**UPDATE TO COURT REGARDING EXPERT DISCLOSURE DEADLINE**

Mr. Abraham Lemma, through counsel, respectfully provides the Honorable Court with an update regarding the expert disclosure deadline for this case.

On February 8, 2026, Mr. Lemma filed a Consent Motion to Continue Deadlines for Expert Disclosure. *See* ECF Doc. No. 105. The Consent Motion asked the Court to extend the expert disclosure deadline for the reasons set forth therein and stated that "[t]he government and defense are conferring about the length of the additional time that is needed and will submit a proposed order for the Court's consideration." *Id.* The parties are still conferring about that additional time. No proposed order is ready for the Court's consideration. The parties will continue updating the Court.

Dated: February 17, 2026                                            Respectfully Submitted,

                                                                                     /s/ Sabrina P. Shroff
                                                                                    80 Broad Street, 19th Floor
                                                                                    New York, New York 10007
                                                                                    (646) 763-1490
                                                                                    sabrinashroff@gmail.com

                                                                                    *Counsel for Abraham Teklu Lemma*